UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH HANKO,                              :

      Plaintiff                              :       CIVIL ACTION NO. 3:18-1322

    v.                                         :              (JUDGE MANNION)

ASPEN DENTAL ASSOC. OF          :
NEPA, PLLC, *et al.*,
                                           :
      Defendants

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the defendants' unopposed Motion to Enforce Settlement, **(Doc. 36)**, is **GRANTED**;

(2) the plaintiff is directed to execute the Release, which was previously forwarded to his counsel, within **fourteen (14) days** of the date of this Order;

(3) the defendants' request for the court to order the plaintiff to pay them $750 as a sanction for filing their motion is **DENIED**; and

- 2 -

**(4)** once the defendants receive the executed Release and any accompanying settlement documents from the plaintiff, they are directed to notify the court forthwith so that this case can be closed.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 3, 2020**
18-1322-01-ORDER